FILED'06 OCT 26 17:02USDC-ORP

DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Said Ahmed**

      **Plaintiff,**

vs.                                                                 Civil No. 06-cv-00011-ST

**Commissioner of Social Security**

      **Defendant.**                                         **ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$4.01**, costs in the amount of **$4.10**, and attorney's fees in the amount of **$4103.74** for total in the amount of **$4111.85**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 26th day of October, 2006.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**